**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

| | |
|---|---|
| CAPITAL ONE FINANCIAL CORPORATION, | |
| Plaintiff, | **Case #: 8:05-CV-2246-T-30EAJ** |
| v. | Judge James S. Moody, Jr. |
| CAPITAL FINANCIAL, INC., ENTERPRISE TECHNOLOGY GROUP, INC., | |
| Defendants. | |

**FINAL JUDGMENT AND PERMANENT INJUNCTION AGAINST DEFENDANT
ENTERPRISE TECHNOLOGY GROUP, INC.**

THIS CAUSE comes before the Court upon the Unopposed Motion for Entry of Final Judgment and Permanent Injunction Against Defendant Enterprise Technology Group, Inc. (Dkts. #54 and #55). Upon review and consideration, the Unopposed Motion for Entry of Final Judgment and Permanent Injunction Against Defendant Enterprise Technology Group, Inc. (Dkts. #54 and #55) are GRANTED.

By and with the consent of Plaintiff Capital One Financial Corporation ("Capital One") and Defendant Enterprise Technology Group, Inc. ("ETG"), the Court enters the following final judgment and permanent injunction:

1. This Court has jurisdiction of this matter pursuant to 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331, 1338(a) and (b). This Court also has diversity jurisdiction under 28 U.S.C.

§ 1332 because Capital One and ETG are citizens of different states, namely, Virginia and Florida, respectively, and the amount in controversy exceeds $75,000.00 exclusive of interest and costs. Pursuant to 28 U.S.C. § 1367, this Court has supplemental jurisdiction over Capital One's state law claims because those claims form part of the same case or controversy as Capital One's federal Lanham Act claims. This court has personal jurisdiction over the parties, and venue is proper in this District pursuant to 28 U.S.C. § 1391(b) and (c).

2. Good cause exists for the entry of this Final Judgment and Permanent Injunction Against ETG, as set forth in the findings of fact and conclusions of law made and entered by this Court in its December 14, 2005 Order, which are adopted and incorporated in this Judgment.

**THEREFORE, IT IS ORDERED AS FOLLOWS:**

A. Defendant ETG, its officers, directors, employees, agents, servants, subsidiaries, affiliates, distributors, salespeople, and all persons in active concert or participation with any of them who receive actual notice of this Judgment by personal service or otherwise are hereby PERMANENTLY ENJOINED from using or attempting to register any corporate name, trademark, service mark, trade name, domain name, or other source identifier comprised of or containing (1) CAPITAL, or any misspelling or abbreviation thereof, adjacent to FINANCIAL, any other financial or banking term, or any misspelling or abbreviation thereof (for example, CAPITAL FINANCIAL, CAP FINANCIAL, CAPITAL FIN, CAP FIN); (2) CAPITAL ONE; (3) CAP ONE; (4) CAP 1; (5) CAPITAL or CAP

joined immediately adjacent to any number; (6) or any similar variation(s). Defendant may keep non-public materials, such as business records, for historical, archival, and business-reporting purposes.

B. This Court retains jurisdiction over any disputes between Capital One and ETG with respect to the enforcement and/or interpretation of this Judgment.

**DONE** and **ORDERED** in Tampa, Florida on February 28, 2007.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

F:\Docs\2005\05-cv-2246.final judgment.wpd